UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

_____

UNITED STATES OF AMERICA,

        Plaintiff,

        v.                                      Case No. 03-CR-278

JOHNNY WATTS,

        Defendant.

_____

PRELIMINARY ORDER OF FORFEITURE
_____

Upon the motion of the United States of America pursuant to 18 U.S.C. § 982 and Rule 32.2 of the Federal Rules of Criminal Procedure, and in consideration of the guilty verdict against the above-named defendant as to Counts One and Two of the Second Superseding Indictment;

IT IS HEREBY ORDERED that a personal money judgment of $135,100 in United States currency, which represents unseized funds the defendant laundered, either directly or indirectly, as a result of the conspiracy to transmit stolen Treasury checks and to deceive Wells Fargo Bank into honoring the stolen checks as charged in Counts One and Two of the Second Superseding Indictment, be levied against defendant Johnny Watts.

IT IS FURTHER ORDERED that this Order be incorporated by reference in the defendant's Judgment and Commitment Order.

Dated at Milwaukee, Wisconsin, this 9th day of August 2005.

s/J. P. Stadtmueller
HONORABLE J.P. STADTMUELLER
United States District Judge